## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIAN MCNEAL** | : | **CIVIL ACTION** |
| | : | **NO. 18-736-JWD-EWD** |
| **VERSUS** | : | **JUDGE JOHN W. deGRAVELLES** |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, JAMES LeBLANC, TIM HOOPER, ROBIN MILLIGAN, DOES 1-10, ABC INSURANCE COMPANIES** | : | **MAGISTRATE JUDGE ERin WILDER-DOOMES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO SUBSTITUTE

**NOW INTO COURT,** through undersigned counsel, come the appearing defendants, the Louisiana Department of Public Safety & Corrections ("DPS&C"), Secretary James LeBlanc, Warden Tim Hooper, and Robin Milligan, who respectfully request that this Honorable Court grant the instant motion, and to substitute the attached *Notice of Removal* for the original filed version. The caption in the original *Notice of Removal* (R. Doc. 1) incorrectly spells Mr. Brian McNeal's last name as "McNeil." As such, defendants respectfully request that the attached amended *Notice of Appeal* substituted into the record of this proceeding as Record Document 1.

**WHEREFORE,** appearing Defendants, the Louisiana Department of Public Safety & Corrections, Secretary James LeBlanc, Tim Hooper, & Robin Milligan, hereby request that the attached amended *Notice of Removal* be substituted for the originally filed version.

*Signature on Next Page*

1

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  /s/ *James G. Evans*
James "Gary" Evans
LSBA #35122
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:      225-326-6300
Facsimile:       225-326-6495
E-mail:           evansj@ag.louisiana.gov
*Attorney for DPS&C, James LeBlanc, Tim Hooper, & Robin Milligan*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of August, 2018, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

/s/ *James G. Evans*
James G. Evans

2