# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN MCNEAL** | **: CIVIL ACTION** |
| | **: NO. 18-736** |
| **VERSUS** | |
| | **: JUDGE**_____ |
| **LOUISIANA DEPARTMENT OF PUBLIC** | |
| **SAFETY & CORRECTIONS, JAMES LeBLANC,** | **: MAGISTRATE JUDGE** |
| **TIM HOOPER, ROBIN MILLIGAN,** | _____ |
| **DOES 1-10, ABC INSURANCE COMPANIES** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, come the appearing defendants, the Louisiana Department of Public Safety & Corrections ("DPS&C"), Secretary James LeBlanc, Warden Tim Hooper, and Robin Milligan, who respectfully file this *Notice of Removal* on the following grounds, to wit:

## THE REMOVED CASE

1.

On or around June 20, 2018, Brian McNeal ("Plaintiff") initiated this action in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, under the caption *Brian McNeal v. Louisiana Department of Public Safety & Corrections, James LeBlanc, Tim Hooper, Robin Milligan, Does 1-10, ABC Insurance Companies,* docket number 670633, Division "26."[1]

---

[1] Exhibit 2, *Petition.*

1

2.

Plaintiff brings claims under 42 U.S.C. § 1983 asserting entitlement to damages from the appearing defendants as a result of alleged violations of the United States Constitution.[2] Plaintiff also brings claims arising under Louisiana state law.

3.

Because Plaintiff asserts claims arising under federal law, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and, under 28 U.S.C. § 1441(a), removal is proper.

4.

Defendants further state that this Court currently has supplemental jurisdiction over all state law claims asserted by Plaintiff pursuant to the provisions of 28 U.S.C. §1367(a) because those claims are so related to Plaintiff's claims asserted under 42 U.S.C. §1983 that they form part of the same case or controversy under Article III of the United States Constitution.

**PARTIES**

5.

On June 27, 2018, Defendants DPS&C and James LeBlanc were served with Plaintiff's *Petition*.[3] That same day, the Louisiana Department of Justice, Office of the Attorney General, and the Louisiana Division of Administration, Office of Risk Management,[4] were served with Plaintiff's *Petition*.[5]

---

[2] *Id.*, p. 6, ¶57 ("As Defendants were acting under the color of state law, Plaintiff's claims are actionable under 42 U.S.C. §1983.").
[3] Exhibit 3, p. 1.
[4] Plaintiff does not specifically name ORM as a defendant in this litigation, and it is unclear whether he intends to do so. In the event that Plaintiff contends that ORM is a proper party defendant in this matter, it is a "nominal party" to this action, and is not required to join in removal. *Farias v. Bexar Cnty. Bd. of Trustees for Mental Health Retardation Servs.,* 925 F.2d 866, 871 (5th Cir. 1991)("Nominal" or "formal" parties need not join in the removal petition."). ORM is a nominal party to this action because Plaintiff cannot conceivably support a cause of action against it in state court. *Id.* ("a party is nominal when "there is no possibility that the plaintiff would be able to establish a cause of action against the non-removing defendants in state court."). State departments or agencies are not "persons" under 42 U.S.C. §1983.[4] *See Will v. Michigan,* 491 U.S. 58 (1989). Furthermore, Louisiana law

6.

On July 3, 2018, Defendants Tim Hooper & Robin Milligan were served with Plaintiff's *Petition*.[6]

## REMOVAL IS TIMELY

7.

The appearing defendants show that this notice of removal was timely filed with this Court pursuant to the provisions of 28 U.S.C. §1446(b)(2)(B)-(C) because it was removed within thirty (30) days after the service of Plaintiff's *Petition* upon defendants Hooper & Milligan.

## VENUE

8.

The venue of this removal action is proper pursuant to the provisions of 28 U.S.C. §1441(a), insofar as the United State District Court for the Middle District of Louisiana embraces East Baton Rouge Parish and the 19th Judicial District Court, the Court where the instant action is currently pending.

## NOTICE OF REMOVAL

9.

Notice of the filing of this *Notice of Removal* is being given to the adverse parties, as required by law.

10.

A true copy of this *Notice of Removal* is being filed with the Clerk of Court for the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, as required by law.

---

specifically prohibits direct action against Louisiana's Self-Insurance Fund, which is managed by ORM. *See* La. R.S.A. §39:1538(4)("[T]here shall be no direct action against the Self-Insurance Fund…").
[5] *Id.,* pp. 2 & 3.
[6] *Id.,* pp. 4 & 5.

11.

All defendants who have been properly joined and served hereby join in the removal of the action, and consent to the removal of this action.

**WHEREFORE,** appearing Defendants, the Louisiana Department of Public Safety & Corrections, Secretary James LeBlanc, Tim Hooper, & Robin Milligan, hereby remove this case from 19th Judicial District Court, Parish of East Baton Rouge, to the United States District Court for the Middle District of Louisiana, for further disposition.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:  /s/ *James G. Evans*
James "Gary" Evans
LSBA #35122
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:     225-326-6300
Facsimile:     225-326-6495
E-mail:        evansj@ag.louisiana.gov
*Attorney for DPS&C, James LeBlanc, Tim Hooper,*
*& Robin Milligan*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the forgoing *Notice of Removal,* and accompanying attachments, were filed with the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, on August 2, 2018.

**I ALSO CERTIFY** that on August 2, 2018, I delivered the foregoing *Notice of Removal*, and accompanying attachments, on all adverse parties by electronic mail & by certified mail, properly addressed and postage pre-paid, as follows:

**BRIAN MCNEAL, THROUGH HIS ATTORNEYS OF RECORD:**

William Most
Law Office of William Most, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
williammost@gmail.com

Amy Newsom
Newsom Law Firm
4224 Bluebonnet Blvd., Suite B
Baton Rouge, LA 70809
(225) 761-8000
amy@aenlaw.com

          /s/ *James G. Evans*
          **James G. Evans**