UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIAN MCNEAL** | : | **CIVIL ACTION** |
| | : | **NO. 18-736-JWD-EWD** |
| **VERSUS** | : | **JUDGE JOHN W. deGRAVELLES** |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, ET AL** | : | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

*************************************************************************

**STATEMENT OF DISPUTED FACTS**

1. Undisputed.

2. Undisputed, based upon the August 3, 2017 Order.

3. Undisputed.

4. Undisputed.

5. It is undisputed that Plaintiff was housed in the custody of the DPS&C from November 1, 2017 to December 12, 2017.

        Respectfully submitted,

        **JEFF LANDRY**
        **ATTORNEY GENERAL**

BY:    /s/ *James G. Evans*
        James G. Evans
        LSBA #35122
        Assistant Attorney General
        **Louisiana Department of Justice**
        Litigation Division, Civil Rights Section
        1885 North Third Street, 4th Floor
        Post Office Box 94005 (70804-9005)
        Baton Rouge, Louisiana 70802
        Telephone:   225-326-6300
        Facsimile:    225-326-6495
        E-mail:       evansj@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 22nd day of May, 2019, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

/s/ *James G. Evans*
James G. Evans