UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BRIAN MCNEAL, ET AL.

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY & CORRECTIONS

CIVIL ACTION

NO. 18-736-JWD-EWD

**ORDER**

**Because of a scheduling conflict;**

**IT IS ORDERED** that the three-day jury trial assigned for November 2, 2020, is continued and reassigned for **Monday, June 28, 2021**, at **9:00 a.m.** in courtroom 1. The Court also resets the status conference on 11/2/2020 to **6/28/2021 at 8:30 a.m.** in courtroom 1 to address any pretrial matters. The pretrial conference scheduled for 9/3/2020 is also reassigned for **3:00 p.m.** on **Thursday, April 15, 2021**. Accordingly, the following related deadlines are also reset:

1. Proposed voir dire, **joint jury charges**, and **joint verdict** forms shall be submitted to the Court **twenty-one (21)** days prior to trial;

2. Final Will Call Witness lists and Trial Exhibit lists shall be filed **twenty-one (21) days** prior to trial;

3. If necessary, the deadline to file an amended pre-trial order is **March 31, 2021**;

4. A bench book of exhibits, from each party, shall be submitted to the Court **seven (7)** days prior to trial.

5. In addition to a bench book, electronic evidence files shall be provided, by each party, using the Court's Electronic Evidence Online submission tool through CM/ECF to the Courtroom Deputy for court proceedings where evidence presentation is required, seven (7) days prior to trial. These files will be utilized BY THE COURT ONLY and will not be provided to an opposing party. The electronic evidence files should be provided

Jury

      using the specific format outlined on this Court's web page under "JWD Cases, JERS Notice for Trials" or by using the following link to the JERS web page: http://www.lamd.uscourts.gov/JERS.

6. An Affidavit of Settlement Efforts shall be filed **twenty-one (21) days** prior to trial. The Affidavit shall conform to the Instructions for Preparing Final Affidavit of Settlement Efforts for Civil Trials before Judge John W. deGravelles, located on the Court's website.

Signed in Baton Rouge, Louisiana, on <u>August 26, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**