# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

BRIAN MCNEAL, ET AL.

VERSUS

LOUISIANA DEPARTMENT OF PUBLIC
SAFETY & CORRECTIONS

CIVIL ACTION

NO. 18-736-JWD-EWD

## ORDER

**Considering the Joint Motion to Continue, (Doc. 100),**

**IT IS ORDERED** that the motion is GRANTED, and the **three-day jury trial** assigned for September 20, 2021, is continued, and reassigned for **Monday, January 31, 2022**, at **9:00 a.m.** in courtroom 1. The Court also resets the status conference on September 20, 2021 to **January 31, 2022 at 8:30 a.m.** in courtroom 1 to address any remaining pretrial matters. The pretrial conference scheduled for August 26, 2021 is reassigned for **10:00 a.m.** on **Thursday, December 16, 2021**. Accordingly, the following related deadlines are also reset:

1. Proposed voir dire, **joint** jury charges, and **joint** verdict forms shall be submitted to the Court **twenty-one (21)** days prior to trial.

2. Final Will Call Witness lists and Trial Exhibit lists shall be filed **twenty-one (21) days** prior to trial.

3. If necessary, the deadline to file an amended pre-trial order is *December 1*, **2021**.

4. A bench book of exhibits, from each party, shall be submitted to the chambers **seven (7)** days prior to trial.

5. In addition to a bench book, electronic evidence files shall be provided, by each party, using the Court's Electronic Evidence Online submission tool through CM/ECF to the Courtroom Deputy for court proceedings where evidence presentation is required, seven (7) days prior to trial. These files will be utilized BY THE COURT ONLY and will not be provided to an opposing party. The electronic evidence files should be provided sing the specific format outlined on this Court's web page under "JWD Cases, JERS Notice for Trials" or by using the following link to the JERS web page: http://www.lamd.uscourts.gov/JERS.

6. An Affidavit of Settlement Efforts shall be filed **twenty-one (21) days** prior to trial. The Affidavit shall conform to the Instructions for Preparing Final Affidavit of Settlement Efforts for Civil Trials before Judge John W. deGravelles, located on the Court's website.

Signed in Baton Rouge, Louisiana, on June 25, 2021.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**