```
 Case: 524699              D O C K E T   M A S T E R         Date: 01/23/2019
 Section: K/L/I/K                                             Time:  14:09:10
  Class: 3
                      ORLEANS PARISH CRIMINAL DISTRICT COURT

===============================================================================
 DF# DEFENDANT(S):       CNTS CHARGE(S):
===============================================================================

  1 MCNEAL, BRIAN P
                        1   RS 40  967(C)(2)    A04P   BOND:      5,000.00
                            POSSESSION OF COCAINE
                        1   RS 40  1023                BOND:      2,500.00
                            POSS OF DRUG PARAPHERNALIA


===============================================================================
   DATE    PROCEEDINGS
===============================================================================

05/05/2015                                                        BAGNELISEA
          FILED BILL OF INFORMATION
          CAPIAS ISSUED
          BOND SET $7,500.00
          MAGISTRATE PAPERWORK FILED (M-550-484 DOB 3/13/78 F#-2411066)
          ********************************************************************
          *** ALLOTTED. ARRAIGNMENT SET 5/8/15. (BRIAN MCNEAL)
05/08/2015                                                          WRIGHTD
          >THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR ARRAIGNMENT. >COURT
          APPOINTED STAS MOROZ , OPD. >DEFENDANT TO PAY $40.00 TO OPD.
          >SARAH CHERVINSKY STOOD IN FOR ARRAIGNMENT ONLY. >READING OF
          BILL OF INFORMATION WAIVED. >DEFENDANT ENTERED PLEA OF NOT
          GUILTY. >DEFENDANT INFORMED OF RIGHT TO TRIAL BY JUDGE OR JURY.
          DISCOVERY TENDERED IN PART. >DISCOVERY HEARING SET FOR 05/22/15
          IN SECTION K . >HEARING ON MOTIONS SET FOR 06/08/15 IN SECTION
          K . >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
05/19/2015                                                        MCKENDALPH
          CLERK'S OFFICE RECEIVED OMNIBUS MOTION FOR DISCOVERY;MOTION
          TO PRESERVE EVIDENCE; MOTION FOR SUPPRESSION OF STATEMENT,
          EVIDENCE AND IDENTIFICATION; AND MOTION FOR A PRELIMINARY
          EXAMINATION.
06/08/2015                                                          MARTINDA
          >DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR
          HEARING ON MOTIONS >CONTINUED ON STATE MOTION >HEARING ON
          MOTIONS SET FOR 07/01/15 >DISCOVERY HEARING SET FOR 06/25/15
          >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL >THE DEFENDANT'S
          PRESENCE IS NOT REQUIRED AT DISCOVERY
07/01/2015                                                          MARTINDA
          >DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR
          HEARING ON MOTIONS >CONTINUED ON STATE MOTION >HEARING ON
          MOTIONS SET FOR 08/03/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
          >PDOJL
08/03/2015                                                          MARTINDA
          >DEFENSE COUNSEL STAS MOROZ APPEARED WITHOUT DEFENDANT, BRIAN P
          MCNEAL FOR HEARING ON MOTIONS >CONTINUED ON JOINT MOTION.
          >HEARING ON MOTIONS SET FOR 08/14/15 >SEND NOTICES. >NOTIFY
          DEF.COUNSEL. >PDOJL
08/14/2015                                                          MARTINDA
          >DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR
          HEARING ON MOTIONS >CONTINUED ON STATE MOTION >HEARING ON
          MOTIONS SET FOR 09/10/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
          >PDOJL
09/10/2015                                                          MARTINDA
          >DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR
          HEARING ON MOTIONS >CONTINUED ON DEFENSE MOTION. >HEARING ON
```

```
                MOTIONS SET FOR 09/16/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
                >PDOJL
09/16/2015                                                             MARTINDA
                >DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR
                HEARING ON MOTIONS >CONTINUED ON DEFENSE MOTION. >HEARING ON
                MOTIONS SET FOR 09/21/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
                >PDOJL
09/21/2015                                                             MARTINDA
                >DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR
                HEARING ON MOTIONS >CONTINUED ON JOINT MOTION. >HEARING ON
                MOTIONS SET FOR 09/25/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
                >PDOJL
09/25/2015                                                             MARTINDA
                >DEFENSE COUNSEL STAS MOROZ APPEARED WITHOUT DEFENDANT, BRIAN P
                MCNEAL FOR HEARING ON MOTIONS >CONTINUED ON JOINT MOTION.
                >HEARING ON MOTIONS SET FOR 10/28/15 >SEND NOTICES. >NOTIFY
                DEF.COUNSEL. >PDOJL
10/07/2015                                                             MARTINDA
                >*AT THE REQUEST OF STAS MOROZ, OPD, THE FOLLOWING IS SET:
                >PRE-TRIAL HEARING SET FOR 10/13/15 >SEND NOTICES. >NOTIFY
                DEF.COUNSEL. >PDOJL
10/13/2015                                                             MARTINDA
                >THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR PRE-TRIAL HEARING
                WITH COUNSEL, HANNAH JOHNSON >THIS MATTER PREVIOUSLY SET
10/15/2015                                                             MARTINDA
                >PRE-TRIAL HEARING SET FOR 10/16/15 >SEND NOTICES. >PDOJL
10/16/2015                                                             MARTINDA
                >THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR PRE-TRIAL HEARING
                WITH COUNSEL, STAS MOROZ >HEARING ON MOTIONS SET FOR 10/28/15
                >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
10/22/2015                                                             MARTINDA
                >*AT THE REQUEST OF STAS MOROZ, OPD, THE FOLLOWING IS SET:
                >PRE-TRIAL HEARING SET FOR 10/23/15 >SEND NOTICES. >PDOJL
10/23/2015                                                             MARTINDA
                >DEFENSE COUNSEL STAS MOROZ APPEARED WITHOUT DEFENDANT, BRIAN P
                MCNEAL FOR PRE-TRIAL HEARING >PRE-TRIAL HEARING SET FOR
                10/26/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
10/26/2015                                                             MARTINDA
                >THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR PRE-TRIAL HEARING
                WITH COUNSEL, STAS MOROZ >DEFENDANT PLED GUILTY >FOR COUNT 1 RS
                40 967(C)(2) A04P PLED GUILTY AS CHARGED. >FOR COUNT 2 RS 40
                1023 PLED GUILTY AS CHARGED. >BRIAN P MCNEAL DEFENDANT WAIVED
                DELAYS. >SENTENCE: >AS TO COUNT 1, >5 YEARS, AT DOC AT HARD
                LABOR. >5 YEARS, SUSPENDED. >5 YEARS, ACTIVE PROBATION.
                >CONCURRENT WITH THESE COUNTS: EACH OTHER >CONCURRENT WITH
                THESE CASES: ANY OTHER SENTENCE >SPECIAL CONDITIONS: >DRUG
                COURT. >MENTAL HEALTH COURT. >INTENSIVE PROBATION. >JUDGE
                ISSUED AN ORDER PROHIBITING THE DEFENDANT FROM POSSESSING OR
                PURCHASING A FIREARM DURING PROBATION (ART. 895A(6)) >THE
                FOLLOWING FINES, COSTS, OR FEES ARE ASSESSED: >THE COURT WAIVED
                THE COURT SUPERVISION FEE; >AS TO COUNT 2, >6 MONTHS, AT OPP.
                >6 MONTHS, SUSPENDED. >6 MONTHS, INACTIVE PROBATION.
                >CONCURRENT WITH THESE COUNTS: EACH OTHER >CONCURRENT WITH
                THESE CASES: ANY OTHER SENTENCE >SPECIAL CONDITIONS: >JUDGE
                ISSUED AN ORDER PROHIBITING THE DEFENDANT FROM POSSESSING OR
                PURCHASING A FIREARM DURING PROBATION (ART. 895A(6)) >RELEASE
                ISSUED. >CLERK TO ALLOT TO A DRUG COURT SECTION. >CASE CLOSED,
                THIS DEFENDANT.
10/28/2015                                                             MARTINDA
                >THIS MATTER SET IN ERROR.
12/01/2015                                                             PORTERR
                CASE RECEIVED THIS DATE IN SECTION "L" DRUG COURT. STATUS HEARING
                SET FOR 12/11/2015.
12/11/2015                                                             DESALVOE
                >THE DEFENDANT, BRIAN P MCNEAL FAILED TO APPEAR FOR DRUG COURT
```

```
                STATUS HEARING >ALIAS CAPIAS WITH NO BOND. >CONTINUED WITHOUT
                DATE.
12/18/2015                                                          BURKER
                >DRUG COURT STATUS HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >THIS CASE IS TRANSFERRED TO SECTION I FOR TRACK 5 DRUG COURT
                TO FOLLOW 521-856. >COURT RECALLED THE ALIAS CAPIAS. >CONTINUED
                WITHOUT DATE.
12/22/2015                                                          MOTENC
                     FILE SENT TO TRACK IV IN SEC.I FOR DRUG COURT PURPOSES.
12/28/2015                                                          AMBROSEN
                CASE RECEIVED THIS DATE IN SECTION I DRUG COURT STATUS HEARING
                SET 01/14/16.
01/14/2016                                                          LIVACCARIC
                >DRUG COURT STATUS HEARING WAS SCHEDULED FOR BRIAN P MCNEAL THE
                DEFENDANT IS A TRACK 5 CLIENT. >MENTAL HEALTH COURT SET FOR
                01/20/16
01/20/2016                                                          MCKINNEYI
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 02/17/16 >DNOC.
02/17/2016                                                          LIVACCARIC
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 03/02/16 >DNOC.
03/02/2016                                                          LIVACCARIC
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 03/16/16 >DNOC.
03/16/2016                                                          LIVACCARIC
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 04/06/16 >DNOC.
04/06/2016                                                          MCKINNEYI
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 04/20/16 >DNOC.
04/20/2016                                                          MCKINNEYI
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 05/04/16 >DNOC.
05/04/2016                                                          MCKINNEYI
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 05/18/16 >DNOC.
05/18/2016                                                          MCKINNEYI
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 06/15/16 >DNOC.
06/15/2016                                                          MCKINNEYI
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 07/06/16 >DNOC.
07/06/2016                                                          MCKINNEYI
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 07/20/16 >DNOC.
07/20/2016                                                          MCKINNEYI
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 08/17/16 >DNOC.
08/17/2016                                                          LIVACCARIC
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 09/07/16 >DNOC.
09/07/2016                                                          MCKINNEYI
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 09/21/16 >DNOC.
09/21/2016                                                          MCKINNEYI
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 10/05/16 >DNOC.
10/05/2016                                                          MCKINNEYI
                >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                >MENTAL HEALTH COURT SET FOR 10/19/16 >DNOC.
10/14/2016                                                          LIVACCARIC
                >DEFENDANT, BRIAN P MCNEAL DID NOT APPEAR FOR FILING(S) IN OPEN
                COURT >PROBATION OFFICER MARVIN FILED: >-MOTION AND ORDER FOR
                HEARING TO REVOKE PROBATION. PLEASE DISREGARD MENTAL HEALTH
```

```
                    STATUS HEARING ON 10-19-16. >RULE TO SHOW CAUSE SET FOR
                    10/19/16 >PDOJL
10/19/2016                                                               MCKINNEYI
                    >THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR RULE TO SHOW CAUSE
                    WITH COUNSEL, STAS MOROZ >RULE TO SHOW CAUSE SET FOR 10/21/16
                    >PDOJL
10/21/2016                                                               MCKINNEYI
                    >THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR RULE TO SHOW CAUSE
                    WITH COUNSEL, STAS MOROZ >ON RECOMMENDATION OF PROBATION
                    OFFICER RANDALL MARVIN COURT COURT RETURNED THE DEFENDANT TO
                    ACTIVE PROBATION AND TO MENTAL HEALTH COURT. >COURT AMENDED
                    PROBATION TO INCLUDE THESE SPECIAL CONDITIONS: >MUST RECEIVE
                    ANGER MANAGEMENT COUNSELING. >RELEASE ISSUED. >MENTAL HEALTH
                    COURT SET FOR 11/02/16 >DNOC.
11/02/2016                                                               MCKINNEYI
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    THE COURT ORDERED THE DEFENDANT RELEASE TO COURT INTERVENTION
                    SERVICES ONLY ON 11/3/16. >RELEASE ISSUED. >MENTAL HEALTH COURT
                    SET FOR 11/16/16
11/16/2016                                                               MCKINNEYI
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    >MENTAL HEALTH COURT SET FOR 12/07/16 >DNOC.
12/07/2016                                                               MCKINNEYI
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    >MENTAL HEALTH COURT SET FOR 01/04/17 >DNOC.
01/04/2017                                                               MCKINNEYI
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    >MENTAL HEALTH COURT SET FOR 01/18/17 >DNOC.
01/18/2017                                                               MCKINNEYI
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    THE COURT WAS CLOSED DUE TO ELECTRICAL ISSUES. >MENTAL HEALTH
                    COURT SET FOR 02/01/17
02/01/2017                                                               MCKINNEYI
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    >MENTAL HEALTH COURT SET FOR 02/15/17
02/15/2017                                                               MCKINNEYI
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    >MENTAL HEALTH COURT SET FOR 03/15/17
03/15/2017                                                              LIVACCARIC
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    >MENTAL HEALTH COURT SET FOR 04/05/17 >DNOC.
04/05/2017                                                               MCKINNEYI
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    >MENTAL HEALTH COURT SET FOR 04/19/17 >DNOC.
04/19/2017                                                               MCKINNEYI
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    MENTAL HEALTH WAS NOT HELD ON THIS DATE, DUE TO THE JUDGE NOT
                    BEING HERE ON THIS DATE. >MENTAL HEALTH COURT SET FOR 05/17/17
05/17/2017                                                              LIVACCARIC
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    >MENTAL HEALTH COURT SET FOR 06/21/17 >DNOC.
06/22/2017                                                               MCGEECA
                    MENTAL HEALTH COURT SET FOR 07/19/2017 DUE TO COURT BEING CLOSED
                    ON 06/21/2017.
07/19/2017                                                               MCKINNEYI
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    TRIAL IN PROGRESS ON CASE 523-666. >MENTAL HEALTH COURT SET FOR
                    07/26/17
07/26/2017                                                              LIVACCARIC
                    >MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
                    >DEFENDANT REMANDED TO CRIMINAL SHERIFF. >RULE TO SHOW CAUSE
                    SET FOR 08/02/17 >PDOJL
08/02/2017                                                               MCKINNEYI
                    >DEFENDANT, BRIAN P MCNEAL DID NOT APPEAR FOR RULE TO SHOW CAUSE
                    >RULE TO SHOW CAUSE SET FOR 08/03/17 >PDOJL
```

| Date | User |
|---|---|
| 08/03/2017 | MCKINNEYI |

>THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR RULE TO SHOW CAUSE WITH COUNSEL, STAS MOROZ THE COURT ADOPTED THE RECOMMENDATION OF AGENT LABOWE AND CASE MANAGER KRISTEN JUPITER. >COURT AMENDED PROBATION TO INCLUDE THESE SPECIAL CONDITIONS: >THE COURT ORDERS THE DEFENDANT'S PROBATION BE REVOKE UNDER THE PROVISIONS OF ACT 402 AND THAT THE 90 DAY SENTENCE BE SERVED AT THE STEVE HOYLE PROGRAM. >MENTAL HEALTH COURT SET FOR 11/15/17 >PDOJL

09/15/2017     MCGEECA
AS PER CASE MANAGER, MENTAL HEALTH COURT SET FOR 09/20/2017 (PDOJL)

09/20/2017     LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL THE DEFENDANT WAS REMOVED FROM STEVE HOYLE DUE TO MEDICAL ISSUES. >MENTAL HEALTH COURT SET FOR 11/15/17

10/25/2017     MCGEECA
AS PER COURT, MENTAL HEALTH COURT SET FOR 12/06/2017. DISREGARD SET DATE 11/15/2017. (PDOJL)

12/06/2017     LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 01/17/18

01/24/2018     LIVACCARIC
>MENTAL HEALTH COURT SET FOR 02/07/18 THE COURT WAS CLOSED ON 1-17-18 DUE TO INCLEMENT WEATHER.

02/07/2018     MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 03/07/18 >DNOC.

03/07/2018     LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 04/18/18 >DNOC.

04/18/2018     LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 05/02/18 >DNOC.

05/02/2018     LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 05/16/18 >DNOC.

05/16/2018     LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL SET IN ERROR ON THIS DATE. >MENTAL HEALTH COURT SET FOR 06/20/18

06/20/2018     LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL THE DEFENDANT IS IN COMPLETE COMPLIANCE AT THIS TIME. >MENTAL HEALTH COURT SET FOR 07/18/18 >DNOC.

07/18/2018     LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL THE DEFENDANT WAS NOT PRESENT IN COURT. >MENTAL HEALTH COURT SET FOR 08/22/18

08/22/2018     LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 09/05/18 >DNOC.

09/06/2018     MCGEECA
MENTAL HEALTH COURT SET FOR 09/19/2018, COURT WAS CLOSED ON 09/05/2018 DUE TO HURRICANE GORDAN.

09/19/2018     LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 10/03/18 >DNOC.

10/03/2018     LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL THE DEFENDANT HAD PERFECT ATTENDENCE AND DRUG TESTS. >MENTAL HEALTH COURT SET FOR 11/07/18 >DNOC.

11/07/2018     MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 11/16/18 >DNOC.

| Date | |
|---|---|
| 11/16/2018 | LIVACCARIC |

>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
CASE MANAGER SNYDER WAS PRESENT IN COURT. HE GRADUATED FROM
MENTAL HEALTH COURT AND HIS PROBATION WILL BE MADE INACTIVE.
>TRANSFERRED TO SECTION F >CONTINUED WITHOUT DATE.

11/26/2018                                                          MCKINNEYI
>THE DEFENDANT, BRIAN P MCNEAL, DID NOT APPEAR. THE DEFENDANT
HAS GRADUATED FROM MENTAL HEALTH COURT AND HIS PROBATION WILL
BE MAE INACTIVE. >TRANSFERRED TO SECTION "K" >CONTINUED WITHOUT
DATE.

12/04/2018                                                          NGUYENAL
CASE RECIEVED IN GENERAL DOCKET
CASE TRANSFER TO SECTION 'K'

12/06/2018                                                          FISHERDO
CASE RECEIVED IN SEC "K" UNDER THE RULES OF COURT.
STATUS HEARING SET FOR 12/10/18.

12/10/2018                                                          MARTINDA
>DEFENDANT, BRIAN P MCNEAL DID NOT APPEAR FOR STATUS HEARING
>CASE CLOSED, THIS DEFENDANT.

================================================================================
                              END OF DOCKET MASTER
================================================================================

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.