UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN McNEAL,                           CIVIL ACTION NO.

    Plaintiff,                      18-736-JWD-EWD

  V.

LOUISIANA DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS, et al.
    Defendants.

        DEPOSITION OF BREUNKIA COLLINS, given in the above-entitled cause, pursuant to the following stipulation, before Sandra P. DiFebbo, Certified Shorthand Reporter, in and for the State of Louisiana, taken via Zoom Teleconference on the 4th day of June, 2020.

```
 1   APPEARANCES (VIA ZOOM TELECONFERENCE):
 2
             WILLIAM MOST,
 3           ATTORNEY AT LAW -and-
             SARAH CHERVINSKY,
 4           ATTORNEY AT LAW
             201 St. Charles Avenue
 5           Suite 114, #101
             New Orleans,Louisiana  70170
 6           Representing the Plaintiff
 7
 8           LOUISIANA DEPARTMENT OF JUSTICE
             OFFICE OF THE ATTORNEY GENERAL
 9           LITIGATION DIVISION, CIVIL RIGHTS SECTION
             BY:  PHYLLIS GLAZER,
10           ATTORNEY AT LAW
             1885 N. Third Street
11           Fourth Floor
             Baton Rouge, Louisiana  70802
12           Representing the Defendants
13
14
15   Reported By:
16           Sandra P. DiFebbo
             Certified Shorthand Reporter
17           State of Louisiana
18
19
20
21
22
23
24
25
```

```
 1        Q.   This is a Docket Master.  Do you see here
 2   that the defendant, Brian McNeal, dot, dot, dot, is
 3   to serve a 90-day sentence at the Steve Hoyle
 4   Program?  Am I reading this correctly?
 5        A.   Yes.
 6        Q.   So this document reflects that a judge
 7   ordered that Mr. McNeal was to serve a 90-day
 8   sentence at the Steve Hoyle Program, correct?
 9        A.   Yes.
10        Q.   So because he had a defined sentence, a
11   Letter of Release was created for him, correct?
12        A.   Yes.
13        Q.   We are now looking at Exhibit 3 to this
14   deposition.
15             {INTERRUPTION IN PROCEEDINGS}
16             MS. GLAZER:
17                  I'm sorry.  You said we were going
18                to Exhibit 3?
19             MR. MOST:
20                  Yes.
21             MS. GLAZER:
22                  Okay.
23   BY MR. MOST:
24        Q.   Exhibit 3 at Page 8, is this the release
25   letter that you're describing, Miss Collins?
```

1      A.   Yes.
2      Q.   So this letter is a document that
3 instructs a facility when they're supposed to
4 release a particular inmate; is that correct?
5      A.   Yes.
6      Q.   And it's from the State of Louisiana,
7 Department of Public Safety & Corrections, and it's
8 addressed to Steve Hoyle, correct?
9      A.   Yes.
10     Q.   And I assume that means the Steve Hoyle
11 Program, not a person named Steve Hoyle, correct?
12     A.   Correct, yes.
13     Q.   And this is about Brian McNeal, correct?
14     A.   Yes.
15     Q.   It says, "This is your authority to
16 release the offender on 11/01/2017, as having
17 completed said sentence that was imposed at the
18 time of revocation."  Do you see that?
19     A.   Yes.
20     Q.   So this letter is an instruction to a
21 particular facility that Mr. McNeal's sentence will
22 be complete, and he should be released on November
23 1st, 2017; is that correct?
24          MS. GLAZER:
25               Object to the form of the question.