JOHN BEL EDWARDS
Governor



JAMES M. Le BLANC
Secretary

**State of Louisiana**
**Department of Public Safety and Corrections**
**Division of Probation and Parole**

## ACT 402/299 RELEASE LETTER

Steve Hoyle

RE: Brian P Mcneal Black/Male
DOB: 03/13/1978
DOC # 439921
Docket: Orl.521-856"I", Orl.524-699"I"

Please be advised that on 08/03/2017 the above offender's supervision was revoked and he/she was ordered by the court/ Parole Board to complete a sentence as a Technical Violator in accordance with Act 402 of the 2007 Louisiana Legislature or Act 299 of the 2015 Louisiana Legislature.

This is your authority to release the offender on 11/01/2017, as having completed said sentence that was imposed at the time of revocation.

This release of our detainer **DOES NOT** lift the detainer placed by other law enforcement/Corrections agencies or other sections within the Department of Public Safety & Corrections. Further, this does not release the inmate from any hard labor commitment imposed via revocation and/or sentencing for a new offense.

Please have subject report to the following location upon release.
New Orleans Probation and Parole Office
504-361-6320
1641 Poland Avenue
New Orleans, LA. 70117

Sincerely yours,

Steven Lassalle

District Administrator


Peter Pobocik

Probation & Parole Officer