### Re: Brian McNeal 439921 Probation ACT 402 @ SHISAP

LILLIE BROWN  to: Breunkia Collins                                    09/05/2017 09:08 AM
Cc: DEREK A ELLIS, DR SUSAN TUCKER, HDQ TREATMENT, JASON BURNS, LELA PERRY, LORI CULPEPPER, Peter Pobocik, TOBIE LAMY, Olivia Johnson

History:    This message has been forwarded.

offender was scheduled to transfer to SHISAP today. that transfer was canceled by the EHCC medical dept. please contact EHCC medical dept for specifics. advise of further instructions.

| Breunkia Collins | Please see the below referral. Detained in Orlea... | 08/22/2017 09:38:21 AM |



**Breunkia Collins/CORRECTIONS**
08/22/2017 09:38 AM

To  DR SUSAN TUCKER/DWCC/CORRECTIONS@CORRECTIONS, JASON BURNS/DWCC/CORRECTIONS@CORRECTIONS, LORI CULPEPPER/DWCC/CORRECTIONS@CORRECTIONS, LILLIE BROWN/CORRECTIONS@CORRECTIONS, HDQ TREATMENT/CORRECTIONS@CORRECTIONS
cc  DEREK A ELLIS/CORRECTIONS@CORRECTIONS, LELA PERRY/CORRECTIONS@CORRECTIONS, Peter Pobocik/NO/PNP/CORRECTIONS@CORRECTIONS, TOBIE LAMY/NO/PNP/CORRECTIONS@CORRECTIONS
Subject  Brian McNeal 439921 Probation ACT 402 @ SHISAP

Please see the below referral. Detained in Orleans PP. Please schedule transfer.


Scanned from a Xerox Multifunction Printer.pdf

Thanks

Breunkia Collins
Investigative Specialist
Probation & Parole Headquarters
225-342-3096

----- Forwarded by Breunkia Collins/CORRECTIONS on 08/22/2017 08:26 AM -----

From:     NCIC@CORRECTIONS.STATE.LA.US
To:       "BreunkiaCollins@corrections.state.la.us " <BreunkiaCollins@corrections.state.la.us>
Date:     08/22/2017 08:19 AM
Subject:  Scanned from a Xerox Multifunction Printer



**Brian McNeal 439921 Probation ACT 402 @ SHISAP**

Breunkia Collins to: DR SUSAN TUCKER, JASON BURNS, LORI CULPEPPER, LILLIE BROWN, HDQ TREATMENT

08/22/2017 09:38 AM

Cc: DEREK A ELLIS, LELA PERRY, Peter Pobocik, TOBIE LAMY

Please see the below referral. Detained in Orleans PP. Please schedule transfer.



Scanned from a Xerox Multifunction Printer.pdf

Thanks

Breunkia Collins
Investigative Specialist
Probation & Parole Headquarters
225-342-3096

----- Forwarded by Breunkia Collins/CORRECTIONS on 08/22/2017 08:26 AM -----

From: NCIC@CORRECTIONS.STATE.LA.US
To: "BreunkiaCollins@corrections.state.la.us " <BreunkiaCollins@corrections.state.la.us>
Date: 08/22/2017 08:19 AM
Subject: Scanned from a Xerox Multifunction Printer

## OPCSO Criminal District Court Docket Master

```
Case: 524699            DOCKET MASTER          Date: 08/04/2017
Section: K/L/I                                 Time: 09:24:56
Class: 3
                  ORLEANS PARISH CRIMINAL DISTRICT COURT
```

| DEF | DEFENDANT(S) | CNTS | CHARGE(S) | | | |
|---|---|---|---|---|---|---|
| 1 | MCNEAL, BRIAN P | 1 | RS 40 967(C)(2) A04P POSSESSION OF COCAINE | | BOND: | 5,000.00 |
| | | 1 | RS 40 1023 POSS OF DRUG PARAPHERNALIA | | BOND: | 2,500.00 |

**DATE** — **PROCEEDINGS**

**05/05/2015** — BAGNELISEA
FILED BILL OF INFORMATION
CAPIAS ISSUED
BOND SET $7,500.00
MAGISTRATE PAPERWORK FILED (M-550-494 DOB 3/13/78 FI-2411066)
*** ALLOTTED. ARRAIGNMENT SET 5/8/15. (BRIAN MCNEAL)

**05/08/2015** — WRIGHTD
>THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR ARRAIGNMENT. >COURT APPOINTED STAS MOROZ, OPD. >DEFENDANT TO PAY $40.00 TO OPD. >SARAH CHERVINSKY STOOD IN FOR ARRAIGNMENT ONLY. >READING OF BILL OF INFORMATION WAIVED. >DEFENDANT ENTERED PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF RIGHT TO TRIAL BY JUDGE OR JURY. DISCOVERY TENDERED IN PART. >DISCOVERY HEARING SET FOR 05/22/15 IN SECTION K. >HEARING ON MOTIONS SET FOR 06/08/15 IN SECTION K. >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

**05/19/2015** — MCKENDALPH
CLERK'S OFFICE RECEIVED OMNIBUS MOTION FOR DISCOVERY;MOTION TO PRESERVE EVIDENCE; MOTION FOR SUPPRESSION OF STATEMENT, EVIDENCE AND IDENTIFICATION; AND MOTION FOR A PRELIMINARY EXAMINATION.

**06/08/2015** — MARTINDA
>DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR HEARING ON MOTIONS >CONTINUED ON STATE MOTION >HEARING ON MOTIONS SET FOR 07/01/15 >DISCOVERY HEARING SET FOR 06/25/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL >THE DEFENDANT'S PRESENCE IS NOT REQUIRED AT DISCOVERY

**07/01/2015** — MARTINDA
>DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR HEARING ON MOTIONS >CONTINUED ON STATE MOTION >HEARING ON MOTIONS SET FOR 08/03/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

**08/03/2015** — MARTINDA
>DEFENSE COUNSEL STAS MOROZ APPEARED WITHOUT DEFENDANT, BRIAN P MCNEAL FOR HEARING ON MOTIONS >CONTINUED ON JOINT MOTION. >HEARING ON MOTIONS SET FOR 08/14/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

**08/14/2015** — MARTINDA
>DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR HEARING ON MOTIONS >CONTINUED ON STATE MOTION >HEARING ON MOTIONS SET FOR 09/10/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

**09/10/2015** — MARTINDA
>DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR HEARING ON MOTIONS >CONTINUED ON DEFENSE MOTION. >HEARING ON MOTIONS SET FOR 09/16/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

**09/16/2015** — MARTINDA
>DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR HEARING ON MOTIONS >CONTINUED ON DEFENSE MOTION. >HEARING ON MOTIONS SET FOR 09/21/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

**09/21/2015** — MARTINDA
>DEFENDANT, BRIAN P MCNEAL APPEARED WITH COUNSEL, STAS MOROZ FOR HEARING ON MOTIONS >CONTINUED ON JOINT MOTION. >HEARING ON MOTIONS SET FOR 09/25/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

**09/25/2015** — MARTINDA
>DEFENSE COUNSEL STAS MOROZ APPEARED WITHOUT DEFENDANT, BRIAN P MCNEAL FOR HEARING ON MOTIONS >CONTINUED ON JOINT MOTION. >HEARING ON MOTIONS SET FOR 10/28/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

**10/07/2015** — MARTINDA
>*AT THE REQUEST OF STAS MOROZ, OPD, THE FOLLOWING IS SET. >PRE-TRIAL HEARING SET FOR 10/13/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

**12/13/2015** — MARTINDA
>THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR PRE-TRIAL HEARING WITH COUNSEL, HANNAH JOHNSON >THIS MATTER PREVIOUSLY SET

| Date | Clerk |
|------|-------|
| 10/15/2015 | MARTINDA |

>PRE-TRIAL HEARING SET FOR 10/16/15 >SEND NOTICES. >PDOJL

10/16/2015 MARTINDA
>THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR PRE-TRIAL HEARING WITH COUNSEL, STAS MOROZ >HEARING ON MOTIONS SET FOR 10/28/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

10/22/2015 MARTINDA
>'AT THE REQUEST OF STAS MOROZ, OPD, THE FOLLOWING IS SET: >PRE-TRIAL HEARING SET FOR 10/23/15 >SEND NOTICES. >PDOJL

10/23/2015 MARTINDA
>DEFENSE COUNSEL STAS MOROZ APPEARED WITHOUT DEFENDANT, BRIAN P MCNEAL FOR PRE-TRIAL HEARING >PRE-TRIAL HEARING SET FOR 10/26/15 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

10/26/2015 MARTINDA
>THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR PRE-TRIAL HEARING WITH COUNSEL, STAS MOROZ >DEFENDANT PLED GUILTY >FOR COUNT 1 RS 40 967(C)(2) A04P PLED GUILTY AS CHARGED. >FOR COUNT 2 RS 40 1023 PLED GUILTY AS CHARGED. >BRIAN P MCNEAL DEFENDANT WAIVED DELAYS. >SENTENCE: >AS TO COUNT 1. >5 YEARS, AT DOC AT HARD LABOR. >5 YEARS, SUSPENDED. >5 YEARS, ACTIVE PROBATION. >CONCURRENT WITH THESE COUNTS: EACH OTHER >CONCURRENT WITH THESE CASES: ANY OTHER SENTENCE >SPECIAL CONDITIONS: >DRUG COURT. >MENTAL HEALTH COURT. >INTENSIVE PROBATION. >JUDGE ISSUED AN ORDER PROHIBITING THE DEFENDANT FROM POSSESSING OR PURCHASING A FIREARM DURING PROBATION (ART. 895A(G)) >THE FOLLOWING FINES, COSTS, OR FEES ARE ASSESSED: >THE COURT WAIVED THE COURT SUPERVISION FEE/ >AS TO COUNT 2. >6 MONTHS, AT OPP. >6 MONTHS, SUSPENDED. >6 MONTHS, INACTIVE PROBATION. >CONCURRENT WITH THESE COUNTS: EACH OTHER >CONCURRENT WITH THESE CASES: ANY OTHER SENTENCE >SPECIAL CONDITIONS: >JUDGE ISSUED AN ORDER PROHIBITING THE DEFENDANT FROM POSSESSING OR PURCHASING A FIREARM DURING PROBATION (ART. 895A(6)) >RELEASE ISSUED. >CLERK TO ALLOT TO A DRUG COURT SECTION. >CASE CLOSED, THIS DEFENDANT.

10/28/2015 MARTINDA
>THIS MATTER SET IN ERROR.

12/01/2015 PORTERR
CASE RECEIVED THIS DATE IN SECTION "L" DRUG COURT. STATUS HEARING SET FOR 12/11/2015.

12/11/2015 DESALVOE
>THE DEFENDANT, BRIAN P MCNEAL FAILED TO APPEAR FOR DRUG COURT STATUS HEARING >ALIAS CAPIAS WITH NO BOND. >CONTINUED WITHOUT DATE.

12/18/2015 BURKER
>DRUG COURT STATUS HEARING WAS SCHEDULED FOR BRIAN P MCNEAL. >THIS CASE IS TRANSFERRED TO SECTION I FOR TRACK 5 DRUG COURT TO FOLLOW 521-856. >COURT RECALLED THE ALIAS CAPIAS. >CONTINUED WITHOUT DATE.

12/22/2015 MOTENC
FILE SENT TO TRACK IV IN SEC.1 FOR DRUG COURT PURPOSES.

12/28/2015 AMBROSEN
CASE RECEIVED THIS DATE IN SECTION I DRUG COURT STATUS HEARING SET 01/14/16.

01/14/2016 LIVACCARIC
>DRUG COURT STATUS HEARING WAS SCHEDULED FOR BRIAN P MCNEAL THE DEFENDANT IS A TRACK 5 CLIENT. >MENTAL HEALTH COURT SET FOR 01/20/16

01/20/2016 MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL. >MENTAL HEALTH COURT SET FOR 02/17/16 >DNOC.

02/17/2016 LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 03/02/16 >DNOC.

03/02/2016 LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 03/16/16 >DNOC.

03/16/2016 LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 04/06/16 >DNOC.

04/06/2016 MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 04/20/16 >DNOC.

04/20/2016 MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 05/04/16 >DNOC.

05/04/2016 MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 05/18/16 >DNOC.

05/18/2016 MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 06/15/16 >DNOC.

06/15/2016 MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 07/06/16 >DNOC.

07/06/2016 MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL >MENTAL HEALTH COURT SET FOR 07/20/16 >DNOC.

07/20/2016 MCKINNEYI

Case 3:18-cv-00736-JWD-EWD   Document 136-8   07/09/24   Page 5 of 6

OPCSO Criminal District Court Docket Master                                    Page 3 of 4

>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 08/17/16 >DNOC.

08/17/2016                                                          LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 09/07/16 >DNOC.

09/07/2016                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 09/21/16 >DNOC.

09/21/2016                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 10/05/16 >DNOC.

10/05/2016                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 10/19/16 >DNOC.

10/14/2016                                                          LIVACCARIC
>DEFENDANT, BRIAN P MCNEAL DID NOT APPEAR FOR FILING(S) IN OPEN
COURT >PROBATION OFFICER MARVIN FILED: >-MOTION AND ORDER FOR
HEARING TO REVOKE PROBATION. PLEASE DISREGARD MENTAL HEALTH
STATUS HEARING ON 10-19-16. >RULE TO SHOW CAUSE SET FOR
10/19/16 >PDOJL

10/19/2016                                                          MCKINNEYI
>THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR RULE TO SHOW CAUSE
WITH COUNSEL, STAS MOROZ >RULE TO SHOW CAUSE SET FOR 10/21/16
>PDOJL

10/21/2016                                                          MCKINNEYI
>THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR RULE TO SHOW CAUSE
WITH COUNSEL, STAS MOROZ >ON RECOMMENDATION OF PROBATION
OFFICER RANDALL MARVIN COURT COURT RETURNED THE DEFENDANT TO
ACTIVE PROBATION AND TO MENTAL HEALTH COURT. >COURT AMENDED
PROBATION TO INCLUDE THESE SPECIAL CONDITIONS: >MUST RECEIVE
ANGER MANAGEMENT COUNSELING. >RELEASE ISSUED. >MENTAL HEALTH
COURT SET FOR 11/02/16 >DNOC.

11/02/2016                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
THE COURT ORDERED THE DEFENDANT RELEASE TO COURT INTERVENTION
SERVICES ONLY ON 11/3/16. >RELEASE ISSUED. >MENTAL HEALTH COURT
SET FOR 11/16/16

11/16/2016                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 12/07/16 >DNOC.

12/07/2016                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 01/04/17 >DNOC.

01/04/2017                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 01/18/17 >DNOC.

01/18/2017                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
THE COURT WAS CLOSED DUE TO ELECTRICAL ISSUES. >MENTAL HEALTH
COURT SET FOR 02/01/17

02/01/2017                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 02/15/17

02/15/2017                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 03/15/17

03/15/2017                                                          LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 04/05/17 >DNOC.

04/05/2017                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 04/19/17 >DNOC.

04/19/2017                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
MENTAL HEALTH WAS NOT HELD ON THIS DATE, DUE TO THE JUDGE NOT
BEING HERE ON THIS DATE. >MENTAL HEALTH COURT SET FOR 05/17/17

05/17/2017                                                          LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>MENTAL HEALTH COURT SET FOR 06/21/17 >DNOC.

06/22/2017                                                          MCGEECA
MENTAL HEALTH COURT SET FOR 07/19/2017 DUE TO COURT BEING CLOSED
ON 06/21/2017.

07/19/2017                                                          MCKINNEYI
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
TRIAL IN PROGRESS ON CASE 523-666. >MENTAL HEALTH COURT SET FOR
07/26/17

07/26/2017                                                          LIVACCARIC
>MENTAL HEALTH COURT HEARING WAS SCHEDULED FOR BRIAN P MCNEAL
>DEFENDANT REMANDED TO CRIMINAL SHERIFF. >RULE TO SHOW CAUSE
SET FOR 08/02/17 >PDOJL

08/02/2017                                                          MCKINNEYI
>DEFENDANT, BRIAN P MCNEAL DID NOT APPEAR FOR RULE TO SHOW CAUSE
>RULE TO SHOW CAUSE SET FOR 08/03/17 >PDOJL

08/03/2017                                                          MCKINNEYI
>THE DEFENDANT, BRIAN P MCNEAL APPEARED FOR RULE TO SHOW CAUSE
WITH COUNSEL, STAS MOROZ THE COURT ADOPTED THE RECOMMENDATION
OF AGENT LAROWE AND CASE MANAGER KRISTEN JUPITER. >COURT
AMENDED PROBATION TO INCLUDE THESE SPECIAL CONDITIONS: >THE

http://www.opcso.org/dcktmstr/666666.php?&docase=524699                      8/4/2017

```
          COURT ORDERS THE DEFENDANT'S PROBATION BE REVOKE UNDER THE
          PROVISIONS OF ACT 402 AND THAT THE 90 DAY SENTENCE BE SERVED AT
          THE STEVE HOYLE PROGRAM. *MENTAL HEALTH COURT SET FOR 11/15/17
          ATDOJL
------------------------------------------------------------------------
                            END OF DOCKET MASTER
------------------------------------------------------------------------
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT guarantee or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this database may reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrong doing of any person as listed on this site. This information shall not be considered or used by a public document or official document and no other publication or copying of this information is allowed without the express written consent of the personnel, and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.