```
 1              CRIMINAL DISTRICT COURT
 2            FOR THE PARISH OF ORLEANS
 3                STATE OF LOUISIANA
 4
 5
 6
 7   STATE OF LOUISIANA         NO. 524-699
 8   VERSUS                     SECTION I
 9   BRIAN P. MCNEAL
10
11
12
13
14           Transcript of the Excerpt from
15       Mental Health Court, held on the
16       20th day of September 2017, in the
17       above-entitled matter, before the
18       HONORABLE KAREN K. HERMAN, Judge
19       Presiding.
20
21   APPEARANCES:
22           KRISTEN JUPITER,
23              Mental Health Court Manager,
24              Court Intervention Services
25
26
27   REPORTED BY:
28        MARY E. LEE DILEO, CCR
          OFFICIAL COURT REPORTER
29
30
31
32
```

1 **I N D E X**

2                                                           Page

3  Caption                                                   1

4  Appearances                                               1

5  Proceedings                                               3

6  Reporter's Page                                           6

7  Reporter's Certificate                                    7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

```
 1              P R O C E E D I N G S
 2
 3        THE COURT:
 4              Brian McNeal?
 5              How are you doing, Mr. McNeal?
 6              So you were not accepted into
 7        Steve Hoyle.
 8              So what are you recommending?
 9        MS. JUPITER:
10              We are recommending that he
11        does long-term treatment at Odyssey
12        House.  So we just have to get the
13        paperwork -- the process going for
14        him to do the long-term treatment
15        at Odyssey House.
16        THE COURT:
17              So why are you still with DOC?
18              Are you-all leaving him here
19        with us or -- because he got kicked
20        out of Steve Hoyle for medical
21        issues.
22        THE DEPUTY:
23              I don't know if he had to do
24        some time for --
25        THE COURT:
26              On a different charge?  I
27        don't think so.  I think he is just
28        with me.
29              You don't have any new
30        charges, right?
31        MS. JUPITER:
32              No.  He was under Act 402.
```

```
1       THE COURT:
2            Can you call Steve Hoyle and
3       find out when -- Why aren't they
4       giving us discharge papers for him?
5       THE MINUTE CLERK:
6            Because they still do the Act
7       402 for whatever time period we
8       did.
9       THE COURT:
10           How much time does he have
11      left?
12      THE PROBATION OFFICER:
13           He has to do the 402 for the
14      90 days.
15      THE MINUTE CLERK:
16           Yes, he will still have to
17      serve his 90 days.
18      THE COURT:
19           So when you are done with your
20      90 days through DOC, you are going
21      to come back and we are going to
22      put you in Odyssey House long term.
23           So how many more days does he
24      have left?
25      THE MINUTE CLERK:
26           11/15 was when we had
27      calculated that.
28      THE COURT:
29           So that is 2/15.  So let's put
30      him on the docket again for --
31      THE MINUTE CLERK:
32           Well, that was when we next
```

```
1        set him for --
2        THE COURT:
3             Oh, 11/15.  So I will bring
4        you back for 11/15.  By then they
5        will bring you back and you will be
6        enrolled back into OPP, and then we
7        will put you in Odyssey House.
8             (Conclusion of Proceedings)
9
10
...
32
```

**REPORTER'S PAGE**

I, Mary Lee DiLeo, Certified Court Reporter in and for the State of Louisiana, the officer, as defined in Rule 28 of the Federal Rules of Civil Procedure and/or Article 1434(B) of the Louisiana Code of Civil Procedure, before whom this proceeding was taken, do hereby state on the record:

That due to the interaction in the spontaneous discourse of this proceeding, dashes (--) have been used to indicate pauses, changes in thought and/or talkovers; that same is the proper method for a Court Reporter's transcription of proceedings, and that the dashes (--) do not indicate that words or phrases have been left out of this transcript;

That any words and/or names which could hot be verified through reference material have been denoted with the phrase "(spelled phonetically)."

Mary Lee Dileo
Certified Court Reporter

```
 1              C E R T I F I C A T E

 2

 3           This certification is valid only
   for a transcript accompanied by my original
 4 signature and original required seal on this
   page.
 5

 6      I, MARY E. LEE DILEO, Certified Court
   Reporter, in and for the State of Louisiana,
 7 as the officer before whom these proceedings
   were taken, do hereby certify that the
 8 foregoing six (6) pages of proceedings were
   reported by me in shorthand and transcribed
 9 under my personal direction and supervision,
   and are a true and correct transcript, to the
10 best of my ability and understanding;

11
        That the transcript has been prepared in
12 compliance with transcript format guidelines
   required by statute or by rules of the board,
13 that I have acted in compliance with the
   prohibition on contractual relationships, as
14 defined by Louisiana Code of Civil Procedure
   Article 1434 and in rules and advisory
15 opinions of the board;

16
        That I am not related to counsel or to
17 the parties herein, nor am I otherwise
   interested in the outcome of this matter.
18

19

20

21

22

23

24        _____
          MARY E. LEE DILEO, CCR
25        Certified Court Reporter
          Certificate No. 87382
26

27

28

29

30

31

32
```