**EXHIBIT 9**



{In Archive}  BRIAN MCNEAL 439921
Robin Milligan    to: Activity Report Issues                    12/11/2017 10:32 AM
Archive:              This message is being viewed in an archive.

The above offender's attorney called advising he was on a 90 day tech.  We haven't received an authority
release, however CAJUN indicates he is in NOD.

Thanks

ROBIN MILLIGAN
ELAYN HUNT CORRECTIONAL CENTER
OFFENDER RECORDS
225-319-4270 PHONE
225-319-4222 FAX

PENGAD 800-631-6989    EXHIBIT

1