**EXHIBIT 10**



Re: Fw: Brian McNeal #439921 @ HRDC - AUTHORITY TO RELEASE 📄
LELA PERRY    to: Jacqui Chrisentery, DEBRA JEFFERSON          12/13/2017 08:46 AM
Cc:    Betty Williams, Breunkia Collins, Catina Anderson, JENNIFER
       BUSH, Peter Pobocik, Robin Milligan, TOBIE LAMY

Good Morning,

CAJUN has been updated.

Thanks,
Lela
P&P HQO
Office #(225) 342-2825
Fax #(225) 342-3087

Jacqui Chrisentery     Good Morning, The above offender was release...          12/13/2017 08:42:54 AM



Jacqui
Chrisentery /EHCC/CORREC          To   JENNIFER BUSH/CORRECTIONS@CORRECTIONS, Betty
TIONS                                   Williams/CORRECTIONS@CORRECTIONS, LELA
                                        PERRY/CORRECTIONS@CORRECTIONS, Breunkia
12/13/2017 08:42 AM                     Collins/CORRECTIONS@CORRECTIONS, Peter
                                        Pobocik/NO/PNP/CORRECTIONS@CORRECTIONS,
                                        TOBIE LAMY/NO/PNP/CORRECTIONS@CORRECTIONS
                                   cc   Catina Anderson/EHCC/CORRECTIONS@CORRECTIONS,
                                        Robin Milligan/EHCC/CORRECTIONS@CORRECTIONS
                              Subject   Re: Fw: Brian McNeal #439921 @ HRDC - AUTHORITY TO
                                        RELEASE 📄

Good Morning,

The above offender was released from HRDC on yesterday 12/12/17.

Thanks!!

*Jacqui Chrisentery*
*Corrections ARDC Specialist*
*Elayn Hunt Correctional Center*
*(225) 319-4336*
*(225) 319-4222 (fax)*

Catina Anderson     We can expect to receive several of these throu...          12/11/2017 11:31:29 AM

From:     Catina Anderson/EHCC/CORRECTIONS
To:       Jacqui Chrisentery/EHCC/CORRECTIONS@CORRECTIONS
Cc:       Robin Milligan/EHCC/CORRECTIONS@CORRECTIONS
Date:     12/11/2017 11:31 AM
Subject:  Fw: Brian McNeal #439921 @ HRDC - AUTHORITY TO RELEASE

We can expect to receive several of these throughout this month. I'm trying to split them between you and
Shavana. Please refer to Jennifer's email below.

Catina Anderson - Lewis, MS, MA



EXHIBIT

2

001

Elayn Hunt Correctional Center
6925 Highway 74  P.O. Box 174
St. Gabriel, LA 70776
Phone: (225) 319-4333 Fax: (225) 319-4335
catinaanderson@corrections.state.la.us



----- Forwarded by Catina Anderson/EHCC/CORRECTIONS on 12/11/2017 11:30 AM -----

| | |
|---|---|
| From: | JENNIFER BUSH/CORRECTIONS |
| To: | Robin Milligan/EHCC/CORRECTIONS@CORRECTIONS, Catina Anderson/EHCC/CORRECTIONS@CORRECTIONS, Tatanisha Hookfin-White/EHCC/CORRECTIONS@CORRECTIONS |
| Cc: | Betty Williams/CORRECTIONS@CORRECTIONS, LELA PERRY/CORRECTIONS@CORRECTIONS, Breunkia Collins/CORRECTIONS@CORRECTIONS, Peter Pobocik/NO/PNP/CORRECTIONS@CORRECTIONS, TOBIE LAMY/NO/PNP/CORRECTIONS@CORRECTIONS |
| Date: | 12/11/2017 11:28 AM |
| Subject: | Brian McNeal #439921 @ HRDC - AUTHORITY TO RELEASE |

Please use the below letter as your authority to release.  The offender was thought to be at a different facility.  Please instruct the offender to report to the New Orleans District P&P Office within 48 hours of release.  Also, please reply to all once the offender is physically released from custody.  Thank you for your assistance.

Jennifer M. Bush
LA P&P Program Manager  - HQ
225-342-6615

(Please send Activity Report status inquiries   & rushes to ActivityReportIssues /CORRECTIONS)
----- Forwarded by JENNIFER BUSH/CORRECTIONS on 12/11/2017 11:23 AM -----



JOHN BEL EDWARDS                                    JAMES M. Le BLANC
Governor                                                          Secretary

State of Louisiana
Department of Public Safety and Corrections
Division of Probation and Parole

### ACT 402/299 RELEASE LETTER

~~Steve Hoyle~~
EHCC Records

RE:  Brian P Mcneal Black/Male
DOB:    03/13/1978
DOC #  439921
Docket: Orl.521-856"I", Orl.524-699"I"

Please be advised that on 08/03/2017 the above offender's supervision was revoked and he/she was ordered by the court/ Parole Board to complete a sentence as a Technical Violator in accordance with Act 402 of the 2007 Louisiana Legislature or Act 299 of the 2015 Louisiana Legislature.

This is your authority to release the offender on 11/01/2017 , as having completed said sentence that was imposed at the time of revocation.

This release of our detainer **DOES NOT** lift the detainer placed by other law enforcement/Corrections agencies or other sections within the Department of Public Safety & Corrections.  Further, this does not release the inmate from any hard labor commitment imposed via revocation and/or sentencing for a new offense.

Please have subject report to the following location upon release.
New Orleans Probation and Parole Office
504-361-6320
1641 Poland Avenue
New Orleans, LA. 70117

Sincerely yours,


Steven Lassalle

District Administrator


Peter Pobocik

Probation & Parole Officer

Change supervision level from detained to Administrative.

504 Mayflower, Baton Rouge, LA 70802  (225) 342-6609  Fax (225) 342-3087
www.doc.la.gov
An Equal Opportunity Employer