```
 Case: 530272              D O C K E T   M A S T E R        Date: 07/07/2024
Section: B                                                  Time:  08:42:20
 Class: 3
                       ORLEANS PARISH CRIMINAL DISTRICT COURT

================================================================================
 DF# DEFENDANT(S):        CNTS CHARGE(S):
================================================================================

  1 PARKER, ROBERT
                           1   RS 14  62.3             BOND:         0.00
                               UNAUTHORIZED ENTRY INHABITED DWELLING
                           1   RS 14  62.8             BOND:    20,000.00
                               HOME INVASION
                           1   RS 14  79(C)(3)         BOND:    20,000.00
                               VIOLATION PROTECT ORDER PRIOR CONVICTION
                           1   RS 14  67 B (4)         BOND:    10,000.00
                               THEFT LESS THAN $750


================================================================================
  DATE     PROCEEDINGS
================================================================================

08/12/2016                                                           MORETB
         FILED BILL OF INFORMATION
         CAPIAS ISSUED
         BOND SET AT $50,000.00
         MAGISTRATE PAPERWORK FILED(M-557472, DOB:11/12/1969, F#2436896)
         *******************************************************************
         ALLOTTED. ARRAIGNMENT SET FOR 08/16/2016 @9AM
08/16/2016                                                           BARNESDE
         >THE DEFENDANT, ROBERT PARKER APPEARED FOR ARRAIGNMENT. >COURT
         APPOINTED JAMES BROCKWAY , OPD. >DEFENDANT TO PAY $40.00 TO
         OPD. >READING OF BILL OF INFORMATION WAIVED. >DEFENDANT ENTERED
         PLEA OF NOT GUILTY. >AFTER PRE-TRIAL, DEFENDANT WITHDREW PLEA
         OF NOT GUILTY >COUNT 1 AMENDED TO RS 14 62.3 UNAUTHORIZED ENTRY
         INHABITED D >FOR COUNT 1 RS 14 62.3 PLED GUILTY. >FOR COUNT 2
         RS 14 67 B (4) PLED GUILTY AS CHARGED. >FOR COUNT 3 RS 14
         79(C)(3) PLED GUILTY AS CHARGED. >ROBERT PARKER DEFENDANT
         WAIVED DELAYS. >SENTENCE: >AS TO COUNT 1, >2 YEARS, AT DOC AT
         HARD LABOR. >2 YEARS, SUSPENDED. >2 YEARS, ACTIVE PROBATION.
         >CONCURRENT WITH THESE COUNTS: AND WITH ANY AND ALL OTHER
         SENTENCES >CREDIT FOR TIME SERVED. >SPECIAL CONDITIONS:
         >DOMESTIC VIOLENCE COURT. >THE FOLLOWING FINES, COSTS, OR FEES
         ARE ASSESSED: >$287.00 FOR FELONY COURT COSTS; >$1,000.00
         MISDEMEANOR/FELONY COSTS ASSESSED(JEF)R.S.1381.4(A)(2);
         >$200.00 TO THE INDIGENT TRANSCRIPT FUND; >AS TO COUNT 2, >2
         YEARS, AT DOC AT HARD LABOR. >2 YEARS, SUSPENDED. >2 YEARS,
         ACTIVE PROBATION. >CONCURRENT WITH THESE COUNTS: AND WITH ANY
         AND ALL OTHER SENTENCES >CREDIT FOR TIME SERVED. >AS TO COUNT
         3, >6 MONTHS, AT OPP. >6 MONTHS, SUSPENDED. >6 MONTHS, INACTIVE
         PROBATION. >CONCURRENT WITH THESE COUNTS: AND WITH ANY AND ALL
         OTHER SENTENCES >CREDIT FOR TIME SERVED. THE DEFENDANT WAS
         ORDERED TO SERVE 14 DAYS AT ORLEANS JUSTICE CENTER. DEFENDANT
         IS GIVEN CREDIT FOR TIME SERVED SINCE 7/29/16. DEFENDANT HAS
         SATISFIED THE REQUIRED 14 DAYS AT ORLEANS JUSTICE CENTER.
         DEFENDANT HAS SIGNED AND WAS GIVEN A COPY OF THE PROTECTIVE
         ORDER.  PROTECTIVE ORDER WILL REMAIN IN EFFECT UNTIL 8/16/18.
         >RELEASE ISSUED. >PROBATION STATUS HEARING SET FOR 09/16/16
         >DNOC.
09/16/2016                                                           BARNESDE
         >DEFENDANT, ROBERT PARKER APPEARED WITHOUT COUNSEL FOR PROBATION
         STATUS HEARING TONYA COLLINS, DOMESTIC COURT CASE MANAGER,
         APPEARED FOR HEARING AND ADVISED THAT HE IS COMPLIANT WITH THE
```

```
              CASE PLAN.  THE DEFENDANT IS ATTENDING OFFICE VISITS, ATTENDED
              1 OF 26 BATTERED INTERVENTION CLASSES, 10 PM - 6 AM CURFEW AND
              STAY AWAY ORDER REMAINS IN EFFECT UNTIL 8/6/18. DEFENDANT WAS
              GRANTED A PAYMENT EXTENSION. DEFENDANT DID PROVIDE
              PRESCRIPTIONS THAT HE RECEIVED FOR A CAR ACCIDENT WHICH WOULD
              CAUSE HIM TO TEST POSITIVE. DEFENDANT IS SUPERVISED BY PATRICK
              GREEN, PROBATION OFFICER. >PROBATION STATUS HEARING SET FOR
              11/30/16 >DNOC.
11/30/2016                                                          BARNESDE
              >DEFENDANT, ROBERT PARKER APPEARED WITHOUT COUNSEL FOR PROBATION
              STATUS HEARING TONYA COLLINS, DOMESTIC VIOLENCE CASE MANAGER,
              APPEARED FOR HEARING AND ADVISED THE COURT THAT THE DEFENDANT
              IS COMPLIANT WITH ALL ASPECTS OF THE PROGRAM EXCEPT ATTENDING
              HIS BATTERED INTERVENTION CLASSES. DEFENDANT WAS DRUG TESTED
              TODAY AND TESTED NEGATIVE. DEFENDANT GRANTED PAYMENT EXTENSION
              UNTIL 12/5/16. >PROBATION STATUS HEARING SET FOR 01/05/17
              >DNOC.
01/05/2017                                                          BARNESDE
              >THE DEFENDANT, ROBERT PARKER APPEARED FOR PROBATION STATUS
              HEARING WITH COUNSEL, AARON ZAGORY TANYA COLLINS, DOMESTIC
              COURT CASE MANAGER, APPEARED FOR HEARING AND PROVIDED A REPORT
              TO THE COURT. DEFENDANT HAS NOT ENROLLED IN BATTERED
              INTERVENTION CLASSES.  DEFENDANT HAS BEEN ATTENDING OFFICE
              VISITS.  DEFENDANT TESTED NEGATIVE ON 11/30 AND 11/3 AND WAS A
              NO SHOW ON 12/1/16.  MS. COLLINS WILL CONTACT THE PROBATION
              OFFICER TO DETERMINE IF A RULE TO SHOW CASE WILL BE FILED.
              DEFENDANT WAS ARRESTED ON VIOLATION OF PROTECTIVE ORDER UNDER
              CASE 530-272. >PROBATION STATUS HEARING SET FOR 01/25/17 >THE
              DEFENDANT WAS NOTIFIED IN COURT.
01/11/2017                                                          FISHERT
              CLERK'S OFFICE RECEIVED DETAINER NOTIFICATION, AFFIDAVIT OF
              PROBABLE CAUSE AND MOTION FOR HEARING TO REVOKE PROBATION.
              >DEFENDANT, ROBERT PARKER DID NOT APPEAR FOR FILING(S) IN OPEN
              COURT RECESSA SOILEAU, PROBATION OFFICER, APPEARED FOR HEARING
              AND FILED DETAINER NOTIFICATION, AFFIDAVIT OF PROBABLE CAUSE
              AND MOTION FOR HEARING TO REVOKE PROBATION ON ROBERT PARKER.
              >RULE TO SHOW CAUSE SET FOR 01/25/17 >PDOJL
01/12/2017                                                          MORETB
              FILED ARREST ON CAPIAS NOTIFCIATION ARREST DATE:12/21/2017
              FILED AREEST ON CAPIAS NOTIFICATION SET FOR 1/17/2017 @9AM
01/17/2017                                                          TROSCLAIR
              CLERK'S OFFICE RECEIVED STATE'S MOTION TO REVOKE PROBATION.
              (R.PARKER)
              >THE DEFENDANT, ROBERT PARKER APPEARED FOR FILED ARST ON CAP
              NOTIFICATION WITH COUNSEL, A.ZAGORY STATE FILED RULE TO SHOW
              CAUSE. DEFENDANT WAIVED DELAYS ON RULE TO SHOW CAUSE. DEFENDANT
              HAS PENDING NEW CHARGES IN MAGISTRATE COURT. >RULE TO SHOW
              CAUSE SET FOR 02/01/17 >SEND NOTICE TO PROBATION OFFICER,
              REBECCA SOILLEAU. >PDOJL
01/25/2017                                                          BARNESDE
              >DEFENSE COUNSEL AARON ZAGORY APPEARED WITHOUT DEFENDANT, ROBERT
              PARKER FOR RULE TO SHOW CAUSE. >DEFENDANT IN CUSTODY AND NOT
              BROUGHT INTO COURT. TANYA COLLINS, DOMESTIC VIOLENCE CASE
              MANAGER, APPEARED FOR HEARING AND ADVISED THE COURT THAT SHE
              WILL BE FILING A MOTION TO REVOKE PROBATION. DEFENSE COUNSEL
              WAIVED DELAYS ON THE RULE TO SHOW CAUSE. >THE DEFENDANT HAS
              OPEN CHARGES ON CASE IN MAGISTRATE COURT. >RULE TO SHOW CAUSE
              SET FOR 02/16/17 >SEND NOTICE TO PROBATION OFFICER, REBECCA
              SOILLEAU. >PDOJL
02/16/2017                                                          BARNESDE
              >THE DEFENDANT, ROBERT PARKER APPEARED FOR RULE TO SHOW CAUSE
              WITH COUNSEL, A.CHERNOV TANYA COLLINS, DOMESTIC COURT CASE
              MANAGER AND REBECCA SOILLEAU, PROBATION OFFICER, APPEARED FOR
              HEARING.  MS. COLLINS WILL FILE A RULE. OPD IS APPOINTED TO
              REPRESENT THE DEFENDANT. >THE DEFENDANT HAS OPEN CHARGES ON
```

```
             CASE IN MUNCIPAL COURT SET FOR TRIAL ON 3/23/17. >DEFENDANT
             REMANDED TO CRIMINAL SHERIFF. >RULE TO SHOW CAUSE SET FOR
             03/27/17 >PDOJL
03/27/2017                                                         BARNESDE
             >THE DEFENDANT, ROBERT PARKER APPEARED FOR RULE TO SHOW CAUSE
             WITH COUNSEL, AARON ZAGORY TANYA COLLINS, DOMESTIC VIOLENCE
             CASE MANAGER AND REBECCA SOILLEAU, PROBATION OFFICER, APEPARED
             FOR HEARING AND READ THE ALLEGATIONS IN THE RECORD. >DEFENDANT
             WAIVED HEARING AND ADMITTED TO ALLEGATIONS. >PROBATION REVOKED
             WITH ORIGINAL SENTENCE. 08/16/16 >THE SENTENCE IS 2 YEARS, AT
             DOC. AT HARD LABOR. >CREDIT FOR TIME SERVED. >THIS SENTENCE
             CONCURRENT WITH ANY AND ALL OTHER SENTENCES COURT RECOMMENDS
             THE DEFENDANT FOR ANY AND ALL REHABILITATIVE, EDUCATIONAL AND
             VOCATIONAL PROGRAMS THAT HE MAYBE ELLIGIBLE TO PARTICIPATE IN.
             >CASE CLOSED, THIS DEFENDANT.
===============================================================================
                              END OF DOCKET MASTER
===============================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.