https://www.theadvocate.com/baton_rouge/news/crime_police/louisiana-corrections-secretary-jimmy-leblanc-honored-with-innovation-award/article_07504010-0cbf-11ea-a02b-e3228934182f.html

# Louisiana corrections secretary Jimmy LeBlanc honored with innovation award

BY JACQUELINE DeROBERTIS | Staff writer
Nov 21, 2019

1 of 2



Louisiana of Corrections Secretary Jimmy LeBlanc speaks on Dec. 7, 2018 about the importance of hiring formerly incarcerated peop
ADVOCATE STAFF PHOTO BY TRAVIS SPRADLING

This website stores data such as cookies to enable essential website functionality, marketing, personalization and analytics. By remaining on this website you indicate your consent. See updated terms and conditions.

Louisiana Corrections Secretary Jimmy LeBlanc was honored with an award this week for his innovation and achievement.

The Association of State Correctional Administrators recognized LeBlanc with the Tom Clements Award, established in memory of the Colorado Department of Corrections director who was assassinated in March 2013.

LeBlanc received the award in California during an ASCA symposium.

"Secretary LeBlanc has served the state of Louisiana for over 45 years and has been an integral part of the Cabinet for the past four years," Gov. John Bel Edwards said. "He has proven himself as an innovative leader in corrections and his experience and knowledge has been instrumental in the historic criminal justice reforms that have taken place in Louisiana over the past several years."

LeBlanc launched his career in corrections after returning from active duty in Vietnam. Starting in business operations, he later ascended through the ranks to be appointed Warden of Dixon Correctional Institution, where he piloted a program focused on reentry.

He was appointed secretary in 2008 by Governor Bobby Jindal.

Over the course of his 11-year tenure as secretary of the state Department of Public Safety and Corrections, LeBlanc has led a number of initiatives, including reducing restrictive housing beds in state prisons and working with the Louisiana Sentencing Commission to reform parole eligibility and increase access to rehabilitation programs.

This website stores data such as cookies to enable essential website functionality, marketing, personalization and analytics. By remaining on this website you indicate your consent. See updated

He chaired the Louisiana Criminal Justice Task Force in 2016, which proposed sweeping criminal justice reforms. LeBlanc's long-standing goal has been to consider the impact of corrections on both the offender and the community once the offender has been released, according to his award nomination letter.

"What we're putting in place and working toward are checks and balances and programs provided to these inmates, so that when they do release back, they are better prepared than they were when they came in," said DOC spokesperson Ken Pastorick.

Edwards also praised LeBlanc as a forward-thinking leader whose vision for the state involves residents, crime victims, families of the incarcerated and nonprofit organizations.

"Secretary LeBlanc often says that our job in corrections is to build better lives, not bigger prisons," said Angela Whitaker, DOC executive management adviser. "This vision, mission and demonstration of his support of progressive reform is what makes him an ideal candidate to be recognized by his peers."

This website stores data such as cookies to enable essential website functionality, marketing, personalization and analytics. By remaining on this website you indicate your consent. See updated terms and conditions.

Email Jacqueline DeRobertis at jderobertis@theadvocate.com

This website stores data such as cookies to enable essential website functionality, marketing, personalization and analytics. By remaining on this website you indicate your consent. See updated terms and conditions.