```
MAG#: 612584                D O C K E T   M A S T E R              Date: 07/03/2024
                                                                   Time:   15:14:55
                            ORLEANS PARISH MAGISTRATE COURT

==============================================================================
   DEFENDANT(S):     CNTS CHARGE(S):
==============================================================================

   MCNEAL, BRIAN P
                      1   RS 14  (25)64               BOND:       65,000.00
                          ACC ARMED ROBBERY
                      1   RS 14  69                   BOND:       15,000.00
                          ILL POSS OF STOLEN THINGS
                      1   RS 40  966(C)(1)    B11P    BOND:        5,000.00
                          POSSESSION OF HEROIN

==============================================================================
  DATE      PROCEEDINGS
==============================================================================

06/28/2024                                                          MAQUARM   *
          FIRST APPEARANCE HEARING IN MAGISTRATE COURT SECTION M3
          BOND SET FOR $85,000.00
          RESULT-RULE TO SHOW CAUSE FOR 8/26/2024 AT  3:00 PM
          SCHEDULED -RULE TO SHOW CAUSE ON 8/26/2024 AT  3:00 PM, SECT M2
          THE DEFENDANT WAS PRESENT
          THE COURT APPOINTED THE ORLEANS PUBLIC DEFENDERS TO REPRESENT
          THE DEFENDANT IN THIS MATTER - THIS APPOINTMENT WILL LAST AS LONG
          AS THE DEFENDANT IS INCARCERATED - IF THE DEFENDANT MAKES BOND
          THEY MUST OBTAIN PRIVATE COUNSEL OR APPLY FOR REPRESENTATION AT
          THE PUBLIC DEFENDERS OFFICE
          THE COURT FOUND PROBABLE CAUSE ON ALL CHARGES
          THE DEFENDANT MUST PARTICIPATE IN THE COURTS PRE TRIAL
          SERVICES MONITORING PROGRAM AS A CONDITION OF ANY BOND THE
          DEFENDANT MAY MAKE IN THIS CASE
          NOTIFY PROBATION AND PAROLE
==============================================================================
                                END OF DOCKET MASTER
==============================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.